AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| AMERICAN FAMILY<br>MUTUAL INSURANCE CO.,<br>        Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 04-C-0428 |
| WHIRLPOOL CORP.,<br>        Defendant. |  |

☒ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff and against defendant in the amount stipulated.

|  |  |
|---|---|
| September, 15 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
|  | w/Meagan D. Johnson |
|  | (By) Deputy Clerk |